## J. P. MAGUIRE v. Leonard WILSON, as Receiver in Bankruptcy of Montebello Oil Company.

### No. 10126.

Circuit Court of Appeals, Ninth Circuit.

May 11, 1942.

Arthur C. Fisher, of Los Angeles, Cal., for appellant.

Joseph J. Rifkind and Raphael Dechter, both of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee, and good cause therefor appearing, ordered appeal herein dismissed for failure of appellant to file record and docket cause as required by rule, that a decree be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

## Walter L. MAAS and Mary A. Maas, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 10002.

Circuit Court of Appeals, Ninth Circuit.

April 20, 1942.

Walter L. Maas, Jr., of Bakersfield, Cal., for petitioner.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for respondent.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

The matter of the default of petitioner in making deposit required by Rule 19 of the Rules of this Court, estimated expense of printing transcript of record herein, within the time as required by rule, coming on regularly for hearing, and it appearing from the files of this Court that no deposit has been made, that petitioner is in default, and has failed to respond to the notice issued by the clerk of this Court that the matter would be presented to the Court on this date; it is ordered that the petition to review in this cause be dismissed for failure of petitioner to make printing deposit, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issue as provided in rule.

## STANDARD OIL COMPANY OF CALIFORNIA v. UNITED STATES.

### No. 10076.

Circuit Court of Appeals, Ninth Circuit.

May 18, 1942.

Felix T. Smith and Pillsbury, Madison & Sutro, all of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein, D.C., 39 F.Supp. 180, dismissed, that a judgment be filed and entered accordingly, and mandate of this court in this cause issue forthwith.